## YARBROUGH v. STATE.
### No. 25773.

Court of Criminal Appeals of Texas.
March 26, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for possessing whisky for the purpose of sale in a

dry area, with the penalty assessed at a fine of $500.

The record contains neither a statement of facts nor bill of exception. All the proceedings appear regular and nothing is presented for review by this court.

Finding no reversible error, the judgment of the trial court is affirmed.